People of the State of Illinois, Plaintiff-Appellee, v. Luis Rosario Rivera, Defendant-Appellant.

Gen. No. 49,861.

First District, Second Division.
October 26, 1965.

Hermes C. Kitsos, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Robert N. Hutchison, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.